United States Courts
Southern District of Texas
FILED

July 24, 2025

Nathan Ochsner, Clerk of Court

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

_____

Jerome Jerry Harris
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Bio-Medical Application of Texas, Inc. d/b/a Fresenius Kidney Care Pearland
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:25-cv-3413
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jerome Harris |
   | Street Address | 6411 Dayridge Lane |
   | City and County | Houston, Harris |
   | State and Zip Code | Texas, 77048 |
   | Telephone Number | 8324352866 |
   | E-mail Address | jeromejharris@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 7

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Bio-Medical Application of Texas, Inc.
- Job or Title *(if known)*:
- Street Address: 1999 Bryan Street, Suite 900
- City and County: Dallas, TX
- State and Zip Code: Texas 75201
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Assult, Libel, Slander
Americans with Disabilties
False Claim Act
Racketeer Influenced Corrupt Orgnanization

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$25,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff was referred to Fresenius Kidney Care Pearland by his nephrologist and began receiving dialysis treatment. Almost immediately, Plaintiff became the victim of a pattern of misconduct, negligence, and harassment by Defendant's employees.

Defendant and its staff subjected Plaintiff to medical negligence, forged documents, and made false insurance enrollments without informed consent. Employees falsified applications to the American Kidney Fund, forged Plaintiff's signature, and attempted to misappropriate financial aid.

Plaintiff was publicly accused of theft, labeled unfit for a kidney transplant due to false allegations, and harassed by Defendant's staff on multiple occasions.

Sexual harassment was also perpetrated by employees of Defendant, and retaliatory acts followed Plaintiff's attempts to report and document misconduct.

The hostile environment led to severe emotional distress, denial of proper medical treatment, and long-term health consequences, including emergency surgery.

Despite repeated complaints and attempts to resolve these issues, Plaintiff was ignored or intimidated by Defendant's leadership. Multiple employees involved have since been terminated or transferred, reflecting the validity of Plaintiff's claims.

Furthermore, Defendant conspired with other entities and individuals outside of its organization to defraud Plaintiff, cover up prior misconduct, and commit additional retaliatory acts. These coordinated actions resulted in Plaintiff being placed on unjustified behavior contracts and subjected to threats that he would be denied life-saving dialysis treatment—essential to his survival.

## V. CAUSES OF ACTION

### LIBEL AND SLANDER (DEFAMATION)
Defendant's employees made false and defamatory oral and written statements accusing Plaintiff of theft and misconduct, damaging his reputation and transplant eligibility.

### VIOLATION OF AMERICANS WITH DISABILITIES ACT (ADA)
Defendant discriminated against Plaintiff, a qualified individual with a disability, by denying accommodations, subjecting him to harassment, and interfering with his access to necessary medical care and transplant eligibility.

### SEXUAL HARASSMENT
Defendant, by and through its agents, subjected Plaintiff to unwelcome sexual advances, verbal misconduct, and physical harassment, violating Plaintiff's rights under Texas Labor Code Chapter 21.

### FRAUD AND FORGERY
Defendant, through its employees, engaged in fraudulent conduct by forging Plaintiff's signature on insurance and financial documents, and misrepresenting material facts for financial gain.

### FALSE CLAIMS
Defendant submitted or facilitated submission of false claims to insurance providers and the American Kidney Fund using falsified documentation, constituting actionable fraud.

### RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT (RICO)
Defendant and its employees engaged in a pattern of racketeering activity involving fraud, forgery, obstruction of medical services, and conspiracy with third parties in furtherance of a financially and retaliatorily motivated scheme affecting interstate commerce.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual and compensatory damages in excess of $25,000,000.00. Pre- and post-judgement interest as allowed by law.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff   Jerome Harris

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

                State and Zip Code           _____
                Telephone Number            _____
                E-mail Address               _____