# UNITED STATES DISTRICT COURT
## for the

United States Courts
Southern District of Texas
FILED
JUL 3 0 2025
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **Jerome Jerry Harris** <br><br> *Plaintiff* <br><br> v. <br><br> **Bio-Medical Applications of Texas, Inc. d/b/a Fresenius Kidney Care Pearland** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:25-cv-3413 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Briana Pearson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 25, 2025, at 2:50 pm. I delivered these documents to Bio-Medical Applications of Texas, Inc., d/b/a Fresenius Kidney Care Pearland in Dallas County, TX on July 28, 2025 at 12:13 pm at 1999 Bryan Street, Suite 900, Dallas, TX 75201 by leaving the following documents with George Martinez who as Intake specialist at CT Corporation is authorized by appointment or by law to receive service of process for Bio-Medical Applications of Texas, Inc., d/b/a Fresenius Kidney Care Pearland.

Summons in a Civil Action
Complaint for a Civil Case

Hispanic or Latino Male, est. age 25-34, glasses: Y, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.7852352714,-96.7973409292
Photograph: See Exhibit 1

My name is Briana Pearson, I am 18 years of age or older, and my address is 350 N Saint Paul St., Dallas, TX 75201, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Dallas County_____ ,

__TX____ on __7/29/2025_____ .

/s/ *Briana Pearson*
_____
Briana Pearson
+1 (469) 986-5925
Certification Number: PSC-13628
Expiration Date: 2/28/2026

Exhibit 1a)

