United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JERRY JEROME HARRIS, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-03413 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| BIO-MEDICAL | § | |
| APPLICATION OF TEXAS, | § | |
| INC d/b/a FRESENIUS | § | |
| KIDNEY CARE PEARLAND, | § | |
| Defendant. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Jerry Jerome Harris proceeds here *pro se*. He brings federal law claims against Defendant Bio-Medical Application of Texas, Inc, for disability discrimination, race discrimination, sex discrimination, sexual harassment, retaliation, and violation of the Racketeer Influenced and Corrupt Organizations Act. Dkt 16 at ¶¶38–59, 67–73 (second amended complaint). He also brings claims under Texas law for negligence, intentional infliction of emotional distress, and common law fraud. Id at ¶¶60–66, 74–78. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 9.

Pending is a motion by Defendant to dismiss all claims against it for failure to state a claim. Dkt 20. Judge Bryan recommends that the motion be granted and that Plaintiff's federal claims be dismissed with prejudice. Dkt 30 at 20. She also recommends that the state law claims be dismissed without prejudice for lack of jurisdiction. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Plaintiff filed objections. Dkt 31. He objects to the dismissal of his federal claims with prejudice and requests leave to amend his complaint again on account of his *pro se* status. See id at 2–4. Defendant responds that dismissal is warranted and requests that the Memorandum and Recommendation be adopted in full. See Dkt 33 at 3–5.

Upon *de novo* review and determination, the objections lack merit. The Memorandum and Recommendation thoroughly articulates why each of the federal claims advanced by Plaintiff lack merit. See Dkt 30 at 3–18. Judge Bryan also correctly determined that leave to amend should be denied because Plaintiff has (i) already amended his complaint twice, and (ii) failed to cure pleading deficiencies noted in both a prior and the current motions to dismiss. Id at 18–20; see also Dkts 10 & 16 (amended complaints), Dkts 11 & 20 (motions to dismiss). Nowhere in the objections does Plaintiff state how further amendment would cure such deficiencies. And his *pro se* status doesn't itself grant him another attempt at amendment given this failure.

The objections by Plaintiff Jerry Jerome Harris to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. To the extent that Plaintiff requests leave to amend his complaint, such request is DENIED. Dkt 31.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

2

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 30.

The motion by Defendant Bio-Medical Application of Texas, Inc, to dismiss is GRANTED. Dkt 20.

All federal law claims are DISMISSED WITH PREJUDICE. Dkt 16 at ¶¶38–59, 67–73.

All state law claims are DISMISSED WITHOUT PREJUDICE. Id at ¶¶60–66, 74–78.

A final judgment will enter separately.

SO ORDERED.

Signed on __June 29, 2026__, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge